```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                       CASE NO. 08 B 11198
      ROBIN LAUREN DOBY
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR
            Debtor
      SSN XXX-XX-7603


    ------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.  The case was filed on 05/02/08 .

         2.  The case was dismissed without confirmation, 08/01/2008.

         3.  The Debtor paid a total of $     650.00 .

         4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPS PORTFOLIO | CURRENT MORTG | .00 | .00 | .00 |
| SPS PORTFOLIO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| VILLAGE OF LINDERHURST | UNSECURED | NOT FILED | .00 | .00 |
| HOWARD JEWELRY & LOAN | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACUISITION FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE COLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |

```
            Summary of disbursements:
    ------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED       OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID                  .00           .00           .00           .00           .00
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                      .00           .00           .00           .00           .00
```

The Debtor's attorney, RICHARDSON STASKO BOYD & MACK , was allowed $          .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $     650.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08                    /S/
                                                GLENN STEARNS
                                                CHAPTER 13 TRUSTEE